■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD ANDERSON, Appellant. [602 NYS2d 581] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Cunningham,

J.—Attempted Assault, 2nd Degree.) Present—Green, J. P., Lawton, Fallon, Boomer and Boehm, JJ.